UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: DELIMAR SANTIAGO COLON

BK. CASE # 14-08970

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 10/31/2014 [ ] AMENDED PLAN DATED: _____

[X] PRE [ ] POST-CONFIRMATION   FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

$541.00 X 8 = $4,328.00
$753.00 X 39 = 29,367.00
$975.00 X 13 = 12,675.00
$_____ X _____ =
$_____ X _____ =

TOTAL = 46,370.00

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from
[ ] Sale of property identified as follows:
TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL THE PLAN'S COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT,
[ ] Other: INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR OF A PORTION OF SUCH REFUND, DEBTOR SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

Periodic Payments to be made other than, and in addition to the above.
$_____ X _____ = $_____

PROPOSED BASE: $46,370.00

### III. ATTORNEY FEES

(Treated as § 507 Priorities)
Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $2,700.00

Signed: Delimar Santiago Colon
DEBTOR

_____
JOINT DEBTOR

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS Cr ORIENTAL BANK $50.00
UNTIL CONFIRMATION PLAN
B. SECURED CLAIMS.
[ ] Debtor represents no secured claims.
[X] Creditors having secured claims will retain their liens and shall be paid as follows:

1. [X] Trustee pays secured ARREARS:
Cr. DORAL BANK   Cr._____   Cr._____
# 3749            #_____    #_____
$2,485.87 +       $_____    $_____
$600.00 ATTY. FEES.

2. [X] Trustee pays IN FULL Secured Claims:
Cr. ORIENTAL BANK   Cr._____   Cr._____
# 9959              #_____    #_____
$25,773.70          $_____    $_____

3. [ ] Trustee pays VALUE OF COLLATERAL.
Cr._____   Cr._____   Cr._____
#_____    #_____    #_____
$_____    $_____    $_____

4. [X] Debtor SURRENDERS COLLATERAL to lien Holder: COOP. A/C VEGA ALTA

5. [X] Other: STAY CAN BE LIFTED TO ORIENTAL BANK RE: AUTO LOAN #96150809310XXXX

6. [X] Debtor Otherwise maintains regular payments directly to: DORAL BANK

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
NONE (11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS.  Plan [ ] Classifies [X] Does not Classifies Claims.
1. (a) Class A: [ ] Co-debtor Claims / [ ] Other:_____
[ ] Paid 100% / [ ] Other:_____
Cr._____   Cr._____   Cr._____
#_____    #_____    #_____

(b) [ ] Other:_____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payments of interest to unsecured, etc.)
a) CONFIRMATION OF THIS PLAN CONSTITUTES A FINDING THAT DEBTORS HAVE TIMELY COMPLIED WITH ALL OF DEBTOR'S DUTIES UNDER 11 USC&521, AND THAT THE PLAN WAS FILED IN GOOD FAITH.
b) Above median/60 mo. commitment period; c) After confirmation, payments to ORIENTAL BANK will continue without interruption at the fixed monthly rate of $50.00 per month until attorneys fees for debtor's attorney are fully paid. Thereafter ORIENTAL BANK will be paid ahead of any other creditor along with monthly insurance premium. d) Insurance coverage for collateral held by ORIENTAL BANK becomes effective upon maturity of contract due on 07/18/2018

ANGEL M. EGOZCUE, ESQ.
PO BOX 366087
SAN JUAN, PR 00936-6087
ATTORNEY FOR DEBTOR; TELS. (787) 781-5635/ FAX 793-8935

NEE=$ 0.00    GU=$22,877.62